PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
HOMERO SANTAMARIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>HOMERO SANTAMARIA,<br>　　　　Defendant. | CASE NO. 1:13-cr-00183-AWI-BAM<br><br>STIPULATION AND ORDER TO PLACE DEFENDANT ON CALENDAR FOR IDENTIFICATION OF COUNSEL<br><br>Date: November 25, 2013<br>Time: 1:00p.m.<br>Honorable Barbara A. McAuliffe |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Frye, Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant Homero Santamria, that the defendant be placed on this Court's calendar on November 25, 2013, at 1:00 p.m. Defendant has requested appointment of public defender to represent him.

　　　　The Court is advised that counsel have conferred about this request, that they have agreed to the court date of November 25, 2013, and that Mr. Frye has authorized Preciliano Martinez to sign this stipulation on his behalf.

//

//

The parties agree and stipulate that time should be excluded under 18U.S.C. § 3161 (h)(7)(B)(iv) up to and including November 25, 2013, the ends of justice are served by a granting an exclusion of time, outweighing the best interests of the public & the defendant in a speedy trial.

Respectfully Submitted,

Dated: November 20, 2013 /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
HOMERO SANTAMARIA

Dated: November 20, 2013 /s/ Michael Frye
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the defendant be placed on this Court's calendar for identification of counsel on November 25, 2013 at 1:00PM in Courtroom 3 before Judge McAuliffe.

IT IS SO ORDERED.

Dated: **November 20, 2013** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE